**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Pedro Martinez | Social Security number or ITIN  xxx–xx–4881 |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Cynthia Cruz | Social Security number or ITIN  xxx–xx–7819 |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:  24–15677–SLM

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Pedro Martinez                                         Cynthia Cruz

9/13/24                                                **By the court:**  Stacey L. Meisel
                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 24-15677-SLM
Pedro Martinez     Chapter 7
Cynthia Cruz
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Sep 13, 2024     Form ID: 318     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Pedro Martinez, Cynthia Cruz, 150 E 4th Street, Clifton, NJ 07011-1049 |
| 520289188 | + | Passaic Special Civil Part, 77 Hamilton Street First Floor, Paterson, NJ 07505-2018 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 13 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 13 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520289190 | | Email/Text: admin@rosebudlending.com | Sep 13 2024 20:37:00 | Three Sticks Lending, P.O. box 1145, Mission, SD 57555 |
| 520289176 | | EDI: BANKAMER | Sep 14 2024 00:27:00 | BANK OF AMERICA, PO Box 982235, El Paso, TX 79998-2235 |
| 520289178 | | EDI: CITICORP | Sep 14 2024 00:27:00 | CITI CARDS/CITIBANK, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 520289177 | | EDI: CAPITALONE.COM | Sep 14 2024 00:27:00 | Capital ONE bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 520289180 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 13 2024 20:47:32 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 520289181 | | EDI: DISCOVER | Sep 14 2024 00:27:00 | DISCOVER BANK, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520289182 | | EDI: JPMORGANCHASE | Sep 14 2024 00:27:00 | JPmcb Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 520289183 | | EDI: LENDNGCLUB | Sep 14 2024 00:27:00 | LENDING CLUB CORP., 21 Stevenson St Ste 300, San Francisco, CA 94105-2706 |
| 520289185 | + | EDI: AISMIDFIRST | Sep 14 2024 00:27:00 | Midland Mtg/MidFirst, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 520289186 | ^ | MEBN | Sep 13 2024 20:38:29 | National Enterprise Systems, 2479 Edison Blvd., Twinsburg, OH 44087-2475 |
| 520289189 | | Email/Text: ClericalSupport@tenagliahunt.com | Sep 13 2024 20:37:00 | TENAGLIA & HUNT, 395 W Passaic St, Rochelle Park, NJ 07662-3016 |
| 520289187 | ^ | MEBN | Sep 13 2024 20:37:18 | northstar location services, 4285 Genesee Strret, Buffalo, NY 14225-1943 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520289179 | | Citibank, N.A. vs. Cynthia Cruz |
| 520289184 | | midland |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2024                                  Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Ilissa Churgin Hook | Trustee@norgaardfirm.com  J116@ecfcbis.com |
| Thomas J. Koehl | on behalf of Debtor Pedro Martinez koehlslaw@aol.com g26878@notify.cincompass.com;koehl.thomasb127364@notify.bestcase.com |
| Thomas J. Koehl | on behalf of Joint Debtor Cynthia Cruz koehlslaw@aol.com g26878@notify.cincompass.com;koehl.thomasb127364@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5